LAW OFFICES OF
# ROBERT L. GELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

———

FACSIMILE (212) 410-0400

October 31, 2019

**ECF ONLY**
Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    **Robert L. Geltzer v. Estella Brizinova and Edward Soshkin**
              **Case No. 17-cv-01465-NG**

Dear Judge Gershon:

      In response to Mr. Joe's October 29, 2019 email, please be advised that the pending bankruptcy appeal was not prosecuted.

                                                Sincerely and respectfully,

                                                /s/ Robert L. Geltzer
                                                Robert L. Geltzer

cc:    Karamvir Dahiya, Esq.
        Robert A. Wolf, Esq.